614 A.2d 614
STATE OF NEW JERSEY, v. WILLIAM MCCARGO.

September 11, 1992.

## ON PETITION FOR CERTIFICATION

Petition for certification is granted, limited solely to the issue of sentencing;  and it is further

ORDERED that the judgment of the Appellate Division is summarily reversed and the matter is remanded to the Law Division for resentencing in accordance with *State v. Raymond Vasquez*, 129 *N.J.* 189, 609 *A.*2d 29 (1992).

Jurisdiction is not retained.